IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF N.W., *by and through its Administrator*, AISHA CLAYTON | : | CIVIL ACTION |
| v. | : | No. 25-6121 |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 18th day of August, 2026, upon consideration of Defendants City of Philadelphia and DHS employees Felicia R. Harrison, Ashley Minus (née John), Dwayne C. Jones, and Alonzo Lyas's (collectively, the "City Defendants") Motion for to Dismiss (Dkt. No. 33), the parties briefing, the August 17, 2026 hearing on the Motion, and for the reasons stated in the accompanying memorandum, it is ORDERED the Motion is GRANTED as follows:

1. Count I is DISMISSED WITH PREJUDICE as to the City Defendants.
2. Count II is DISMISSED WITH PREJUDICE as to the City of Philadelphia.
3. Counts IV and V are DISMISSED WITH PREJUDICE as to Felicia R. Harrison, Ashley Minus (née John), Dwayne C. Jones, and Alonzo Lyas.
4. The City Defendants are DISMISSED from the case.
5. All claims against the nonmoving Defendants remain pending.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.