**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ESTATE OF NAYSHAUN UCH WILLIAMS, by and through its Administrator, AISHA CLAYTON** | : | **CIVIL ACTION** |
| Plaintiff, | : | NO. 2:25-cv-06121-JS |
| v. | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| Defendants. | : | |

**[PROPOSED] ORDER**

AND NOW, this [ ] day of [ ], 2026, upon consideration of Plaintiff's Motion for Certification of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), or, in the Alternative, for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. Section 1292(b), and any response thereto, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Pursuant to Federal Rule of Civil Procedure 54(b), the Court's August 18, 2026 Order (Dkt. 46) is CERTIFIED as a final judgment as to Count I, Count II, and Counts IV and V against the City Defendants, and the Court expressly determines that there is no just reason for delay.

[OR, IN THE ALTERNATIVE:]

1. Pursuant to 28 U.S.C. Section 1292(b), the Court's August 18, 2026 Order (Dkt. 46) is CERTIFIED for interlocutory appeal, the Court finding that the Order involves controlling questions of law as to which there is substantial ground for difference of opinion, and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

BY THE COURT:

Juan R. Sánchez, J.